THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark D.
 Bradwell, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No.  2008-UP-086
Submitted February 1, 2008  Filed 
 February 8, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Mark
 Bradwell appeals his convictions and
 sentences for second-degree burglary, attempted rape, and assault and battery of
 a high and aggravated nature.  On appeal, Bradwell argues his guilty plea
 failed to comply with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969) because the trial court accepted his guilty plea for attempted
 rape then sentenced him for first-degree assault with intent to commit criminal
 sexual conduct.  Bradwell also asserts numerous pro se arguments.  After a thorough review of the record,
 counsels brief, and Bradwells pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Bradwells appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED. 
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.